Argued June 1, affirmed June 1, petition for rehearing denied
June 30, petition for review denied September 6, 1972

RONALD GORDON PICKARD, *Appellant, v.*
CUPP (No. 75382), *Respondent.*
497 P2d 214

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Robert L. Misner,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.